UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 05-32-EBA

EMMA LOUISE COLEMAN,                                                                       PLAINTIFF,

V.                                                        **JUDGMENT**

PIKEVILLE UNITED METHODIST HOSPITAL, INC., and
RELIANCE STANDARD LIFE INSURANCE COMPANY,                         DEFENDANTS.

In accordance with Rule 58 of the Federal Rules of Civil Procedure, IT IS ORDERED as follows:

1. That Judgment is ENTERED in favor of the Defendants, Pikeville United Methodist Hospital, Inc., and Reliance Standard Life Insurance Company with respect to all issues raised herein;

2. All issues properly raised herein having been resolved, this action is DISMISSED with prejudice; and

3. This matter is STRICKEN from the Court's active docket.

This the 25th day of March, 2008.



Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge